United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Sergio Gomez
Ruth Ann Gomez
　　　Debtors

Case No. 18-03927-HWV
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0314-1　　　User: LyndseyPr　　　Page 1 of 1　　　Date Rcvd: Nov 06, 2018
　　　　　　　　　　　　　Form ID: nthrgreq　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
5109485　　　Citzens One Auto Finance,　P.O. Box 42113,　Providence, RI 02940-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
　　　　James Warmbrodt　　on behalf of Creditor　　PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
　　　　Steven M. Carr (Trustee)　　carrtrustee@yahoo.com, pa31@ecfcbis.com
　　　　Thomas E. Miller　　on behalf of Debtor 1 Sergio  Gomez staff@tommillerlawoffice.com
　　　　Thomas E. Miller　　on behalf of Debtor 2 Ruth Ann Gomez staff@tommillerlawoffice.com
　　　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sergio Gomez

**Debtor 1**

Ruth Ann Gomez
aka Ruth Ann Vitale

**Debtor 2**

**Debtor(s)**

Chapter: 7

Case number: 1:18−bk−03927−HWV

Document Number: 15

Matter: Reaffirmation Agreement

Citizens One Auto Finance
**Movant(s)**

vs.

Sergio Gomez
Ruth Ann Gomez
aka Ruth Ann Vitale
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on September 20, 2018.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 4, 2018<br>Time: 09:30 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: LyndseyPrice, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 6, 2018

nthrgreq(05/18)