United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 18-03927-HWV
Sergio Gomez                                                    Chapter 7
Ruth Ann Gomez
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: admin          Page 1 of 1          Date Rcvd: Dec 24, 2018
                              Form ID: fnldecac     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 26, 2018.
db/jdb        +Sergio Gomez,    Ruth Ann Gomez,    709 Spencer Drive,    Hanover, PA 17331-2082

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2018                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          Steven M. Carr (Trustee)    carrtrustee@yahoo.com,  pa31@ecfcbis.com
          Thomas E. Miller    on behalf of Debtor 1 Sergio  Gomez staff@tommillerlawoffice.com
          Thomas E. Miller    on behalf of Debtor 2 Ruth Ann Gomez staff@tommillerlawoffice.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sergio Gomez,

**Debtor 1**

Ruth Ann Gomez,
aka Ruth Ann Vitale,

**Debtor 2**

Chapter        7

Case No.        1:18–bk–03927–HWV

Social Security No.:

xxx–xx–2122        xxx–xx–3878

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  December 21, 2018

BY THE COURT
By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)